1  BENJAMIN B. WAGNER
United States Attorney
2  BRIAN K. DELANEY
Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
Fresno, CA 93721
4  Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14CR0002 LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| HEATHER LYNN NECHEFF, AND DONALD LANCER, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Brian K. Delaney, Assistant U.S. Attorney and Marc Days, Assistant Federal Public Defender for the defendant, Heather Lynn Necheff and Daniel Harralson attorney for defendant Donald Lancer that the status conference set for January 21, 2014 at 1:00 pm before the Honorable Sheila K. Oberto be continued to February 3, 2014, at 1:00 p.m. The reason for the request is because the Honorable Lawrence J. O'Neill issued an Order dated January 14, 2014, 1:14-mc-0003 LJO, prohibiting any defendant in custody at Fresno County Jail from being transported to Federal Court due to an outbreak of H1N1 flu. The Order is in effect for 7 days, but contemplates the potential of being extended. The defendants are in custody at Fresno County Jail. The parties agree that the Court's next regularly scheduled date for status conferences provides a reasonable amount of time for the flu outbreak to be resolved, and the parties can revisit the issue if it is not.

U.S. v. Necheff Stipulation and Order                                         1

1  The parties will continue to work on discovery during this time period.

2      The parties further request the Court to enter an Order finding that the "ends of justice" served by a
3  continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay
4  occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. §
5  3161(h)(7)(A).

|  |  |
|---|---|
| Dated: January 15, 2014 | Respectfully submitted, |
|  | BENJAMIN B. WAGNER<br>United States Attorney |
|  | By   /s/ Brian K. Delaney<br>BRIAN K. DELANEY<br>Assistant U.S. Attorney |
| Dated: January 15, 2014 | /s/ Daniel L. Harralson<br>DANIEL L. HARRALSON<br>Attorney for Donald Lancer |
| Dated: January 15, 2014 | /s/ Marc Days<br>MARC DAYS<br>Attorney for Heather Lynn Necheff |

**ORDER**

IT IS SO ORDERED.

  Dated:   **January 17, 2014**          **/s/ Sheila K. Oberto**
                                                      UNITED STATES MAGISTRATE JUDGE